UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Andrew Flynn and
David Hutchinson

    v.                              Civil No. 04-cv-17-PB

Timothy H. Bradley, et al.

**O R D E R**

Defendants move for a protective order or, in the alternative, to quash a subpoena which counsel served upon defendants' accountants without complying with the requirements of Fed. R. Civ. P. 5(a) and (b) and 45(b)(1). Plaintiffs admit the non-compliance seeking to excuse themselves by asserting "administrative error". The buck stops with counsel not administrative personnel. The motion to quash (document no. 34) is granted without prejudice.

**SO ORDERED.**

                                      /s/ James R. Muirhead
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: July 29, 2005

cc:    William E. Christie, Esq.
        Vinita Ferrera, Esq.
        Christopher R. Noyes, Esq.
        Barbara J. Dougan, Esq.
        Stephen H. Oleskey, Esq.