UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Andrew Flynn</u>
<u>David Hutchinson</u>

         v.                        Case No. 04-cv-17-PB

<u>Timothy H. Bradley, et al.</u>


<u>O R D E R</u>

By notice dated June 24, 2005, counsel for Andrew Flynn and David Hutchinson, Attorney Barbara J. Dougan, was instructed to register for ECF within thirty (30) days. Our records reflect counsel has not registered. Counsel shall register by September 26, 2005. If counsel fails to register by this date, all conventionally filed documents submitted by Attorney Dougan from this date forward will be stricken and no court notice or orders will be forwarded to her in paper format.

      SO ORDERED.


Date: September 16, 2005                         /s/ Paul Barbadoro
                                                    Paul Barbadoro
                                                    U.S. District Judge


cc:    William E. Christie, Esq.
        Vinita Ferrera, Esq.
        Christopher R. Noyes, Esq.
        Barbara J. Dougan, Esq.
        Stephen H. Oleskey, Esq.